# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Hardaway v. Nigrelli   Docket No.: 22-2933

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: Jonathan D. Hitsous, Assistant Solicitor General

Firm: New York State Office of Attorney General

Address: The Capitol, Albany, New York 12224-0341

Telephone: (518) 776-2044   Fax: (518) 915-7724

E-mail: jonathan.hitsous@ag.ny.gov

Appearance for: Steven Nigrelli/defendant-appellant
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Barbara D. Underwood/New York State Office of the Attorney General )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on August 25, 2022   OR

[ ] I applied for admission on _____.

Signature of Counsel: /s/ Jonathan D. Hitsous

Type or Print Name: Jonathan D. Hitsous, Assistant Solicitor General