# Cooper & Kirk

Lawyers
A Professional Limited Liability Company

| | | |
|---|---|---|
| John D. Ohlendorf | 1523 New Hampshire Avenue, N.W. | (202) 220-9600 |
| (202) 220-9617 | Washington, D.C. 20036 | Fax (202) 220-9601 |
| johlendorf@cooperkirk.com | | |

February 21, 2023

**Via CM/ECF**
Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
 For the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Hardaway v. Nigrelli*, No. 22-2933

Dear Ms. Wolfe:

    I write regarding the oral argument in the above-captioned matter scheduled for March 20, 2023. On February 1, 2023, my colleague Peter A. Patterson filed a Hearing Date Acknowledgment indicating that he would be arguing the case on behalf of Plaintiffs-Appellees Jimmie Hardaway, Jr., Larry A. Boyd, Firearms Policy Coalition, Inc., and Second Amendment Foundation, Inc. I write to inform the Court that I will now be the attorney arguing on behalf of the Plaintiffs-Appellees, in place of Mr. Patterson. I have noticed an appearance in the case and am filing a revised Hearing Date Acknowledgment contemporaneously with this letter.

    Please feel free to contact me with questions.

    Sincerely,

    /s/John D. Ohlendorf
    John D. Ohlendorf

    *Counsel for Plaintiffs-Appellees*

Cc: All Counsel of Record