

# COUNTY OF ERIE

JEREMY C. TOTH
COUNTY ATTORNEY

KRISTEN M. WALDER
DEPUTY COUNTY ATTORNEY

DEPARTMENT OF LAW

March 2, 2023

United States Court of Appeals
Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, N.Y. 10007

    **Re:**     **Hardaway, Jimmie, Jr., et al. Plaintiff-Appellees v. Steven A. Nigrelli, Defendant-Appellant and Brian D. Seaman and John J. Flynn, Defendants**
*United States Court of Appeals, Second Circuit*
**Case No.: 22-2933**

           **Hardaway, Jimmie, Jr., et al. v. Steven A. Nigrelli, et al.**
*United States District Court, Western District of New York*
**Case No.: 1:22-cv-00771-JLS**

Dear Sir or Madam:

    Our office represents defendant, John J. Flynn, in his official capacity as District Attorney for the County of Erie, New York in an action filed in the United States District Court for the Western District of New York, Civil Action No. 1:22-cv-00771-JLS. In this action our office took no position. At this time our office will not be filing a brief and will not be attending oral arguments.

    Thank you for your attention to the above.

                                      Very truly yours,

                                      JEREMY C. TOTH
                                      Erie County Attorney

                                      By: <u>s/ Jeremy Toth</u>
                                      Jeremy C. Toth, Esq.
                                      First Assistant County Attorney
                                      Direct Dial: (716) 858-2204
                                      E-mail: jeremy.toth@erie.gov

JCT/mc

Cc: All Counsel of Record