IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| Jimmie Hardaway, Jr., et al.,<br>  *Plaintiffs-Appellees*,<br><br> v.<br><br>Steven A. Nigrelli,<br>  *Defendant-Appellant*,<br><br> v.<br><br>Brian D. Seaman, et al.,<br>  *Defendants-Appellees*. | No. 22-2933 |

## RULE 26.1 CORPORATE DISCLOSURE STATEMENT

 Firearms Policy Coalition, Inc., does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

 Second Amendment Foundation does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: March 9, 2023        Respectfully submitted,

| | |
|---|---|
| Nicolas J. Rotsko<br>PHILLIPS LYTLE LLP<br>One Canalside<br>125 Main Street<br>Buffalo, NY 14203-2887<br>(716) 847-5467<br>(716) 852-6100 (fax)<br>NRotsko@phillipslytle.com | /s/ David H. Thompson<br>David H. Thompson<br>Peter A. Patterson<br>John D. Ohlendorf<br>John W. Tienken<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 220-9600<br>(202) 220-9601 (fax)<br>dthompson@cooperkirk.com<br>ppatterson@cooperkirk.com<br>johlendorf@cooperkirk.com<br>jtienken@cooperkirk.com |

*Attorneys for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March 2023, I filed the foregoing via the Court's CM/ECF appellate system, which will electronically notify all counsel requiring notice.

Dated: March 9, 2023                                /s/David H. Thompson
                                                    David H. Thompson

                                                    *Attorney for Plaintiffs-Appellees*