## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Hardaway, Jr. v. Nigrelli    Docket No.: 22-2933

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Elisha D. Teibel, Esq.

Firm: Gibson, McAskill & Crosby, LLP

Address: 69 Delaware Avenue, Suite 900, Buffalo, New York 14202

Telephone: (716) 856-4200    Fax: (716) 856-4013

E-mail: eteibel@gmclaw.com

Appearance for: Brian D. Seaman, in his official capacity as District Attorney for the County of Niagara, New York/Defendant-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Brian P. Crosby, Esq./Gibson, McAskill & Crosby, LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 12/28/22    OR

☐ I applied for admission on _____ .

Signature of Counsel: s/Elisha D. Teibel

Type or Print Name: Elisha D. Teibel